# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:10-CR- 0532-RLH-GWF |
| vs. | ) | **O R D E R** |
| OSCAR CARRANZA, | ) | |
| Defendant. | ) | |

Before this Court is the Finding and Recommendations of United States Magistrate Judge (#39, filed August 5, 2011), entered by the Honorable George W. Foley,  regarding Defendant's Motion to Suppress (#19).   Objections (#41) were filed to Magistrate Judge Foley's Findings and Recommendations  in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada. The United States has filed a Response (#42) thereto, and the matter was submitted for consideration.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Findings and Recommendations of Magistrate Judge Foley should be accepted and adopted.

IT IS THEREFORE ORDERED that Magistrate Judge's Findings and Recommendations (#39) are ACCEPTED and ADOPTED, and Defendant Carranza's Motion to Suppress is denied.

Dated: September 7, 2011.

_____
**ROGER L. HUNT**
**U.S. District Judge**